**Writ of Mandamus Denied; Opinion issued April 19, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00457-CV**

**IN RE MICHAEL RAMBERANSINGH, Relator**

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-54515-2010**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice FitzGerald

Relator contends the trial court erred in rendering an order of contempt against him. The facts and issues are well known to the parties, so we need not recount them herein. We conclude relator's petition does not satisfy the requirements of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(j); *In re Butler*, 270 S.W.3d 757, 758 (Tex. App.–Dallas 2008, orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

130457F.P05